UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBIE MAXWELL, JR.,

    Plaintiff,

v

CORRECTIONAL MEDICAL
SERVICES, et al.,

    Defendants.
_____/

Case No. 1:10-cv-404

HON. JANET T. NEFF

## OPINION AND ORDER

This matter is before the Court on Defendant Dr. Jeffrey Stieve's Motion for Summary Judgment (Dkt 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court grant Defendant's motion and enter judgment for Defendant Stieve (R & R, Dkt 25). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 15) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114

F.3d 601, 610-11 (6th Cir. 1997) (overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007)).

A Judgment will be entered consistent with this Opinion and Order.


Date: February 18, 2011                    /s/ Janet T. Neff
                                           JANET T. NEFF
                                           United States District Judge